EDWARD WIEDERSPIEL, Respondent, *v.* ADIRONDACK TRANSIT LINES, INC., et al., Appellants, et al., Defendants.

Submitted April 15, 1946; decided June 6, 1946.

*David Tepp* for appellants.

*Harry J. Halperin, Samuel L. Scholer* and *Oscar S. Mann* for respondent.

Judgments reversed and complaint dismissed, with costs in all courts, upon the ground that there is no evidence of the negligence of the defendants. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, THACHER and DYE, JJ. LEWIS and DESMOND, JJ., dissent and vote to affirm.